UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| KEVIN ALEXANDER PAZ AMAYA #A208-027-675 | CIVIL ACTION NO. 3:26-CV-03257 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN JACKSON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Kevin Alexander Paz Amaya ("Paz Amaya"), an immigration detainee at the Jackson Parish Correctional Center in Jonesboro, Louisiana.

To determine whether Paz Amaya is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **60 days** after electronic service of the Petition and this Order, with supporting summary judgment evidence.

IT IS FURTHER ORDERED that Petitioner shall have **30 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Alexandria, Louisiana on this 22nd day of September, 2026.

JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE